UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

TIM TAYLOR, on behalf of himself and
others similarly situated, and
BRYCE BAKER, on behalf of himself and
others similarly situated,

        Plaintiffs,

Case No. 3:23-cv-03031-RAL

JBS FOODS USA;
TYSON FOODS, INC.;
CARGILL MEAT SOLUTIONS CORP.; and
NATIONAL BEEF
PACKING COMPANY, LLC,

        Defendants.

**NOTICE OF UNOPPOSED EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 12.1, Defendants JBS USA Food Company, Tyson Foods, Inc., Cargill Meat Solutions Corp., and National Beef Packing Company, LLC (collectively, "Defendants") hereby file their Notice of Unopposed Extension of Time to Respond to Complaint.

1. Plaintiff commenced this action by filing the Complaint on October 18, 2023, in the Sixth Judicial Circuit Court for the State of South Dakota, in the County of Hughes, styled *Tim Taylor, on behalf of himself and others similarly situated, and Bryce Baker, on behalf of himself and others similarly situated v. JBS Foods USA,[1] Tyson Foods, Inc., Cargill Meat Solutions Corp., and National Beef Packing Company, LLC*, Case No. 32CIV-23-000228.

2. Defendant Cargill Meat Solutions Corp. received a copy of the Complaint on October 24, 2023. No other Defendant was served prior to October 24, 2023.

---

[1] "JBS Foods USA" it not a legal entity within the JBS organization. Rather, JBS USA Food Company is the correct legal entity.

3.      Defendant Cargill Meat Solutions Corp. timely removed the case to federal court on November 22, 2023. *See* 28 U.S.C. § 1446(b) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based….").

4.      No Defendant filed an Answer or other response to Plaintiffs' Complaint prior to removal.

5.      Pursuant to Fed. R. Civ. P. 81, Defendants' deadline for responding to Plaintiffs' Complaint is November 29, 2023. Fed. R. Civ. P. 81(c)(2)(C) (stating, in relevant part, that "[a] defendant who did not answer before removal must answer or present other defenses or objections under these rules within … 7 days after the notice of removal is filed.")

6.      On November 22, 2023, counsel for Defendants notified counsel for Plaintiffs via email that Defendants were removing the case to federal court and planned to file a motion to dismiss Plaintiffs' Complaint. Defendants' counsel further requested that Plaintiffs consent to a two-week extension of Defendants' deadline to file its motion to dismiss and further represented that Defendants would consent to a reciprocal extension of Plaintiffs' deadline to oppose the motion to dismiss. On November 22, 2023, Plaintiffs' counsel sent Defendants' counsel an email stating that Plaintiffs consented to Defendants' requested two-week extension of the deadline to file Defendants' motion to dismiss.

7.      Pursuant to Local Rule 12.1, "[w]ithout the need for a motion, the parties may agree to an extension of time to answer or otherwise respond to a complaint … of no more than 21 days from the initial deadline, by the requesting party filing a notice of unopposed extension of time to

answer or otherwise respond. The stated extension of time to answer or otherwise respond will thereupon become effective, unless otherwise ordered by the court."

8. Pursuant to this Notice of Unopposed Extension of Time to Respond to Complaint, Defendants' deadline to file its motion to dismiss shall be December 13, 2023.

**FAEGRE DRINKER BIDDLE & REATH LLP**

By/s/ *Jesse Linebaugh*
  Jesse Linebaugh   S. Dakota Bar No. 4685
  Martin J. Demoret (*pro hac vice forthcoming*)
  801 Grand Avenue, Suite 3100
  Des Moines, IA 50309
  Telephone: 515 447 4706
  jesse.linebaugh@faegredrinker.com
  martin.demoret@faegredrinker.com

  Tyler A. Young (*pro hac vice forthcoming*)
  90 South Seventh Street
  2200 Wells Fargo Center
  Minneapolis, MN 55402
  Telephone:  612 766 8610
  tyler.young@faegredrinker.com

  Ambria D. Mahomes (*pro hac vice forthcoming*)
  320 South Canal Street, Suite 3300
  Chicago, IL 60606
  Telephone: 312 569 1119
  ambria.mahomes@faegredrinker.com

  *Attorneys for Defendants JBS USA Food Company, Tyson Foods, Inc., Cargill Meat Solutions Corp., and National Beef Packing Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2023, this Notice of Unopposed Extension of Time to Respond to Complaint was served by First Class Mail and by electronic mail upon the following counsel of record:

A. Blair Dunn, Esq.
Jared R. Vander Dussen, Esq.
400 Gold Ave SW, Suite 1000
Albuquerque, NM 87102
abdunn@ablairdunn-esq.com

Marshall J. Ray, Esq.
514 Marble St. NW
Albuquerque, NM 87102
mray@mrlaw.com

Ethan Preston, Esq.
4054 McKinney Avenue, Suite 310
Dallas, TX 75204
ep@eplaw.us

*/s/ Jesse Linebaugh*
Jesse Linebaugh

4