IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| TIM TAYLOR, on behalf of himself and others similarly situated; and BRYCE BAKER, on behalf of himself and others similarly situated; | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No. 3:23-cv-03031 |
| JBS FOODS USA; TYSON FOODS, INC. CARGILL MEAT SOLUTIONS CORP.; and NATIONAL BEEF PACKING COMPANY, LLC, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' OPPOSED MOTION TO AMEND COMPLAINT**

COME NOW, Plaintiffs Tim Taylor and Bryce Baker, by and through undersigned counsel of record Western Agriculture, Resource and Business Advocates, LLP (A. Blair Dunn, Esq. and Jared R. Vander Dussen, Esq.), The Law Offices of Marshall J. Ray (Marshall J. Ray, Esq.) and Preston Law Offices (Ethan M. Preston, Esq.) and respectfully submit this brief in support of his motion under Federal Rule of Civil Procedure 15(a)(2) for an order allowing them to amend their complaint to add a claim under the Lanham Act against Defendants.

A copy of the proposed Amended Complaint is attached to the motion as EXHIBIT 1. The changes in the amended complaint are indicated by redline formatting. Plaintiff's counsel previously conferred with counsel for the Defendants and requested that it consent to the amendment, which Defendants respectfully declined. The motion is further supported by

memorandum brief addressing that the amendment is not futile under current precedent from the Supreme Court. This motion is timely under as Defendants have not filed an answer in this matter.

Date: February 13, 2025

        WESTERN AGRICULTURE, RESOURCE AND BUSINESS ADVOCATES, LLP

        */s/ A. Blair Dunn*
        A. Blair Dunn, Esq.
        Jared R. Vander Dussen, Esq.
        (*Admitted Pro Hac Vice*)
        400 Gold Ave. SW, Suite 1000
        Albuquerque, NM 87102
        (505) 750-3060
        abdunn@ablairdunn-esq.com

        LAW OFFICE OF MARSHALL J. RAY

        Marshall J. Ray
        (*Admitted Pro Hac Vice*)
        514 Marble Ave NW
        Albuquerque, NM 87102-1815
        (505) 312-7598
        mray@mralaw.com

        PRESTON LAW OFFICES

        Ethan Preston, Esq.
        (*Admitted Pro Hac Vice*)
        4054 McKinney Avenue, Suite 310
        Dallas, Texas 75204
        (972) 564-8340 (telephone)
        (866) 509-1197 (facsimile)
        ep@eplaw.us

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I filed the foregoing via CM/ECF on this 13th day of February 2025, causing all parties to receive notice via electronic means.

*/s/ A. Blair Dunn*

A. Blair Dunn, Esq.